```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03615
   DAVID BRANDON
   GWENDOLYN BRANDON                      CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
              Debtor
   SSN XXX-XX-8173    SSN XXX-XX-3328

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/18/2008 and was not confirmed.

     The case was dismissed without confirmation 04/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE CORP     UNSEC W/INTER      361.44         .00          .00
ASSET ACCEPTANCE CORP     UNSEC W/INTER      595.26         .00          .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER    NOT FILED        .00          .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER    NOT FILED        .00          .00
CREDIT ONE BANK           UNSEC W/INTER    NOT FILED        .00          .00
CREDIT ONE BANK           UNSEC W/INTER    NOT FILED        .00          .00
VA MEDICAL CENTER         UNSEC W/INTER    NOT FILED        .00          .00
EASTERN SAVINGS BANK      CURRENT MORTG         .00         .00          .00
EASTERN SAVINGS BANK      MORTGAGE ARRE    31352.22         .00          .00
WILLIAM E BROOKS & ASSOC  DEBTOR ATTY           .00                      .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                     --------------          --------------
TOTALS                   .00                      .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 03615 DAVID BRANDON & GWENDOLYN BRANDON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                PAGE   2
        CASE NO. 08 B 03615 DAVID BRANDON & GWENDOLYN BRANDON